**Robert Lee SMALLS, Plaintiff—Appellant,**

v.

**Victor BLUE, Jr., Defendant—Appellee,**

and

**Evans Correctional Institution, Defendant.**

No. 07–6058.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 7, 2007.

Robert Lee Smalls, Appellant Pro Se. Benjamin Albert Baroody, Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Smalls appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-trict court. *Smalls v. Blue,* No. 0:05–cv–02373–HFF, 2006 WL 3762037 (D.S.C. Dec. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*